IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DEAN SOLOMON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  **10-307-MJR-CJP** |
| | ) | |
| **JAMES C. HOLSAPPLE,** | ) | |
| **ERIC B. ANDERSON, and** | ) | |
| **DOES 1 - 50,** | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

**PROUD, Magistrate Judge:**

Before the Court are plaintiff's Motion to Compel Discovery from Defendant Holsapple

and Motion to Compel Discovery from Defendant Anderson..  **(Docs. 48 & 49)**.

Defendants have not responded to the motions, and the time for doing so has now

expired.[1]  The Court deems the failure to respond to be an admission of the merits of the

motions, pursuant to SDIL-LR 7.1.

Plaintiff's Motion to Compel **(Docs. 48 & 49)** are **GRANTED in part and DENIED in**

**part as follows:**

1.    Plaintiff's request that default be entered against defendants is denied.

2.    The motions are granted in that defendants are ordered to fully and completely

answer plaintiff's interrogatories and produce all records requested by plaintiff.

Every discovery request must be responded to, without objection.  In responding,

a general reference to "business records" will not be deemed sufficient.  Rather,

---

[1]Plaintiff, who is an attorney, has incorrectly stated that defendants' responses to the
motions were due on October 7, 2010.  See, Doc. 61.  Plaintiff should review Fed.R.Civ.P. 6
regarding computation of time, paying special attention to sections (a)(1)and (d).

the Court orders that defendants produce copies of all responsive records.

3.      Defendants shall serve their answers to interrogatories and copies of all requested documents upon plaintiff no later than **November 1, 2010.**

4.      The Court denies plaintiff's request that he be allowed unfettered access to defendants' website for the duration of this litigation.  However, the Court will revisit this decision if defendants' discovery responses are incomplete.

**IT IS SO ORDERED.**

**DATE:  October 15, 2010.**


                              <u>s/ Clifford J. Proud</u>
                              **CLIFFORD J. PROUD**
                              **U.S. MAGISTRATE JUDGE**