IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEAN SOLOMON,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **10-307-MJR-CJP** ) |
| **JAMES C. HOLSAPPLE,** **ERIC B. ANDERSON, and** **DOES 1 - 50,** | ) ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

For good cause shown, the Court **GRANTS** defendants' Motions for Reconsideration. **(Docs. 67 & & 71)**.

The previous order regarding plaintiff's Motions to Compel **(Doc. 62)** is hereby ordered **VACATED**.

Plaintiff's Motion to Compel Discovery from Defendant Holsapple and Motion to Compel Discovery from Defendant Anderson **(Docs. 48 & 49)** are **DENIED** in their entirety, without prejudice to refiling after the stay of discovery has been lifted.

Discovery in this case is ordered **STAYED** pending further order of the Court.

**IT IS SO ORDERED.**

DATE:  December 6, 2010.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**